IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANIEL A. CHAPPELL                                                                                          PLAINTIFF

v.                                          CASE No. 07-5219

SHERIFF TIMOTHY HELDER;
WASHINGTON COUNTY, ARKANSAS                                                                DEFENDANTS

## O R D E R

As it appears this case may be resolved on motion for summary judgment, Defendants are directed to file such a motion on or before **July 11, 2008.** Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the Court.

IT IS SO ORDERED this 9th day of May 2008.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE