```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**DANIEL A. CHAPPELL**                                          PLAINTIFF

       **v.**                **Civil No. 07-05219**

**SHERIFF TIMOTHY HELDER;**
**WASHINGTON COUNTY, ARKANSAS**                                 DEFENDANTS

### O R D E R

NOW on this 23rd day of March 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #26), filed on March 2, 2009, and the Court, being well and sufficiently advised that there has been no objection thereto, finds that the Report and Recommendation is sound in all respects and should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Report and Recommendation of the Magistrate Judge** is **adopted *in toto***. Accordingly, Defendants' **Motion for Summary Judgment** (document #15) is hereby **granted in part** and **denied in part**. The motion is granted as to Plaintiff's claims of unanswered grievances. The motion is denied as to Plaintiff's claims for denial of religious freedom and denial of access to the courts.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further disposition of Plaintiff's remaining claims.

**IT IS SO ORDERED.**

                                            **/s/ Jimm Larry Hendren**
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**