IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION

**DANIEL A. CHAPPELL**                                          **PLAINTIFF**

           **v.**           Civil No. 07-5219

**SHERIFF TIMOTHY HELDER;**
**WASHINGTON COUNTY, ARKANSAS**                                 **DEFENDANTS**


                          **O R D E R**

   Now on this 1st day of March, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #40), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

   **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

   **IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, the Court finds that plaintiff is entitled to judgment in his favor on his First Amendment claim, including nominal damages of $1.00, and costs of $350.00 incurred in filing this action.

   **IT IS FURTHER ORDERED** that the award of costs be paid directly to the Clerk of Court to pay the filing fee in this matter.

   **IT IS FURTHER ORDERED** that, no later than March 22, 2010,

defendants file proposed revised policies regarding (a) religious presentations and (b) the use of reading materials during lockout periods at the Washington County Detention Center.

**IT IS FURTHER ORDERED** that plaintiff's claim that he was denied meaningful access to the courts is **denied.**

**IT IS SO ORDERED.**

                                                **/s/ Jimm Larry Hendren**
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**